Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
MAY 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

LUIS BARRIA

vs

QUIRINO A. GUTIERREZ, Trustee of GUTIERREZ FAMILY TRUST; BERTHA A. GUTIERREZ, Trustee of GUTIERREZ FAMILY TRUST; INCOME TAX SERVICE

SUMMONS IN A CIVIL ACTION

Case No.

**08 CV 0835 H LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas J. Vandeveld III, P.O. Box 1764, Bonita, CA 91908-1764

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLYK (SEAL)

MAY 21 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)