| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>VANDEVELD LAW OFFICES<br>THOMAS J. VANDEVELD, III - SBN # 145510<br>P.O. BOX 1764<br>BONITA, CA 91908<br>TELEPHONE NO.*(Optional)* (619) 232-5299  FAX NO.*(Optional)* (619) 475-6908<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 880 FRONT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BARRIA<br>DEFENDANT/RESPONDENT: GUTIERREZ, ET AL | CASE NUMBER:<br>08CU0835 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S47777-01/ |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT;

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   QUIRINO A. GUTIERREZ, TRUSTEE OF GUTIERREZ FAMILY TRUST

   b. Person Served: ESTEBAN GUTIERREZ / COMPETENT MEMBER OF HOUSEHOLD

4. Address where the party was served:   716 MARTOS PLACE
   CHULA VISTA, CA 91910-7808

5. I served the party *(check proper box)*
   b. **by substituted service**. On (date):July 26, 2008 at (time): 12:13 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   ESTEBAN GUTIERREZ / COMPETENT MEMBER OF HOUSEHOLD
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

50.85

31Z/00S47777-01

| PETITIONER: BARRIA | CASE NUMBER: |
| RESPONDENT: GUTIERREZ, ET AL | 08CU0835 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. **Person who served papers**
   a. Name: RODRIGO LORA
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $ 50.85
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR, EXP 11/22/08
      (ii) Registration No.: 479
      (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 29, 2008

RODRIGO LORA

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)     (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

31Z/00S47777-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| VANDEVELD LAW OFFICES<br>THOMAS J. VANDEVELD, III - SBN # 145510<br>P.O. BOX 1764<br>BONITA, CA  91908 | (619) 232-5299 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00S47777-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
BARRIA vs. GUTIERREZ, ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CU0835 |
|---|---|---|---|---|

I received the within process on July 24, 2008 and that after due and diligent effort I have been able to effect service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

  Name:  QUIRINO A. GUTIERREZ, TRUSTEE OF GUTIERREZ FAMILY TRUST

  Home:  716 MARTOS PLACE
         CHULA VISTA, CA 91910-7808

As enumerated below:

```
07/24/08    08:46 pm    NO ANSWER AT DOOR (RESIDENCE).
07/25/08    07:12 am    NO ANSWER AT DOOR (RESIDENCE).
07/26/08    12:13 pm    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO
                        DELIVER DOCUMENTS TO NAMED DEFENDANT.
```

Fee for service:   $ 50.85

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . SAN DIEGO . . . . County,
    Number: . . . . . . . 479 . . . . .

**ADVANCED ATTORNEY SERVICES, INC.**
3500 5th Avenue, #202, San Diego, CA 92103
(619)299-2012

321/00S47777-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . July 29, 2008 . . . . . . . ,
at: . . . . . . . . . SAN DIEGO . . . . . , California.

Signature: _____
Name: RODRIGO LORA
Title: INDEPENDENT CONTRACTOR, EXP 11/22/08

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| VANDEVELD LAW OFFICES<br>THOMAS J. VANDEVELD, III - SBN # 145510<br>P.O. BOX 1764<br>BONITA, CA 91908 | (619) 232-5299 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00S47777-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
BARRIA vs. GUTIERREZ, ET AL

| DECLARATION OF MAILING | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CU0835 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Avenue, #202, San Diego, CA 92103

On July 28, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
SUMMONS AND COMPLAINT;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

**QUIRINO A. GUTIERREZ, TRUSTEE OF GUTIERREZ FAMILY TRUST**
**716 MARTOS PLACE**
**CHULA VISTA, CA 91910-7808**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on July 29, 2008 at San Diego, California.

**Fee for service:**   $ 50.85

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: San Diego County,
Number: 1249

**ADVANCED ATTORNEY SERVICES, INC.**
3500 5th Avenue, #202, San Diego, CA 92103
(619)299-2012

322/00S47777-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 29, 2008,
at: San Diego, California.

Signature:
Name: R. Mericle
Title: Employee