Thomas J. Vandeveld, III, State Bar No. 145510
VANDEVELD LAW OFFICES
P.O. Box 1764
Bonita, CA 91908-1764
Telephone: (619) 232-5299
Facsimile: (619) 475-6908
Electronic Mail: tomvlawyer@cox.net

Attorney for Plaintiff
LUIS BARRIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BARRIA, | Case No.: 08cv0835 H (LSP) |
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT QUIRINO A. GUTIERREZ, TRUSTEE OF GUTIERREZ FAMILY TRUST; DECLARATION OF THOMAS J. VANDEVELD III |
| vs. | |
| QUIRINO A. GUTIERREZ, Trustee of GUTIERREZ FAMILY TRUST, et al, | |
| Defendants. | |

Plaintiff, Luis Barria, (hereinafter "Plaintiff") respectfully requests that the Clerk of the United States District Court, Southern District of California, enter default in this matter against Defendant Quirino A. Gutierrez, for his failure to respond in the above-captioned matter. Plaintiff submits the following declaration in support of his request.

DECLARATION OF THOMAS J. VANDEVELD III

I, the undersigned, do hereby declare and state:

1.   I am an attorney licensed to practice before all the courts of the State of California and this court. I am the attorney of record for plaintiff in the above-entitled matter. I have personal knowledge of the matters asserted herein, and if called to testify could testify competently to their truth.

2.   Plaintiff filed the instant complaint on May 21, 2008. Thereafter,

1  Quirino A. Gutierrez was served with the Complaint and Summons by substitute
2  service pursuant to Federal Rules of Civil Procedure, Rule 4(e)(2)(B) on July 26,
3  2008, by leaving a copy of each at defendant's dwelling or usual place of abode
4  with someone of suitable age and discretion who resides there. Service is also
5  effective under Rule 4(e)(1) and California Code of Civil Procedure sections
6  415.20(a) or (b). The Proof of Service is on file with the court.

7      3. Pursuant to F.R.Civ. P. Rule 12, Quirino A. Gutierrez was required to
8  respond to the Complaint within 20 days of said service or on August 15, 2008.
9  Quirino A. Gutierrez has failed to file a response within the 20 day period and, in
10 fact, has never filed a response to the instant Complaint.

11     4. Plaintiff requests the Clerk of the Court enter the default of Quirino
12 A. Gutierrez.

13 I declare that the foregoing is true and correct under penalty of perjury
14 under the laws of the State of California.

15
16 DATED August 28, 2008        s\Thomas J. Vandeveld III
                            By:  THOMAS J. VANDEVELD, III
17                               tomvlawyer@cox.net
                                 Attorney for Plaintiff Luis Barria