# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BARRIA,<br><br>         Plaintiff,<br> vs.<br><br>QUIRINO A. GUTIERREZ, Trustee of GUTIERREZ FAMILY TRUST; BERTHA A. GUTIERREZ, Trustee of GUTIERREZ FAMILY TRUST; INCOME TAX SERVICE; and DOES 1 through 10, Inclusive.<br><br>         Defendants. | CASE NO. 08-CV-0835 H (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE** |

  On July 1, 2009, the parties to this action filed a joint motion to dismiss this action with prejudice. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Court grants the joint motion and dismisses this case with prejudice. As requested by the parties, the Court retains jurisdiction over all disputes between the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381 (1994).

IT IS SO ORDERED.

DATED: July 6, 2009

                    _____
                    MARILYN L. HUFF, District Judge
                    UNITED STATES DISTRICT COURT